UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |  |
|---|---|---|
| INDY 2 RETAIL 60, LLC<br>d/b/a LION'S DEN, | )<br>)<br>)<br>) |  |
| Plaintiff, | )<br>) |  |
| v. | )<br>) | No. 1:21-cv-02985-JPH-MG |
| CONSOLIDATED CITY OF INDIANAPOLIS<br>AND COUNTY OF MARION, INDIANA, | )<br>)<br>) |  |
| Defendant. | )<br>) |  |

**STIPULATED INJUNCTION UNDER FEDERAL
RULE OF CIVIL PROCEDURE 65**

It is **ORDERED** that Defendant, its officers, agents, servants, employees, attorneys, and those acting in concert of participation with them who receive actual notice of this injunction by personal service or otherwise, are permanently enjoined from enforcing Sections 743-305(A)(5)(b) and 743-305(A)(5)(c) of the Revised Code against Plaintiff at 4250 E. Southport Rd., Indianapolis, IN 46237.

It is further **ORDERED** that Defendant, its officers, agents, servants, employees, attorneys, and those acting in concert of participation with them who receive actual notice of this injunction by personal service or otherwise, are enjoined from enforcing Section 743-305(A)(5)(a) of the Revised Code in a manner that would prevent Plaintiff from displaying signs that include the words "Adult Superstore. Pleasure. Passion. Romance." solely because those words are used on the signs.

1

**SO ORDERED.**

Date: 2/18/2022

                                      *James Patrick Hanlon*
                                      James Patrick Hanlon
                                      United States District Judge
                                      Southern District of Indiana

Distribution:

Grace B. Atwater
KAMMEN & MOUDY
grace@kammenlaw.com

William C. Livingston
BERKMAN, GORDON, MURRAY & DeVAN
wlivingston@bgmdlaw.com

Joshua S. Moudy
KAMMEN & MOUDY
josh@kammenlaw.com

J. Michael Murray
BERKMAN GORDON MURRAY & DEVAN
jmmurray@bgmdlaw.com

Andrew J. Upchurch
OFFICE OF CORPORATION COUNSEL
andrew.upchurch@indy.gov