UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDY 2 RETAIL 60, LLC<br>d/b/a LION'S DEN,<br><br>Plaintiff,<br><br>v.<br><br>CONSOLIDATED CITY OF INDIANAPOLIS<br>AND COUNTY OF MARION, INDIANA,<br><br>Defendant. | No. 1:21-cv-02985-JPH-MG |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now enters **FINAL JUDGMENT**. The parties' stipulated judgment is entered and all claims asserted in Plaintiff's Complaint not directly addressed by the stipulated judgment and injunctions are **DISMISSED** without prejudice.

Date: 2/18/2022

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A. G. Sharpe, Clerk

By: *Pam Pope*
Deputy Clerk, U.S. District Court

Distribution:

Grace B. Atwater
KAMMEN & MOUDY
grace@kammenlaw.com

William C. Livingston
BERKMAN, GORDON, MURRAY & DeVAN
wlivingston@bgmdlaw.com

Joshua S. Moudy
KAMMEN & MOUDY
josh@kammenlaw.com

J. Michael Murray
BERKMAN GORDON MURRAY & DEVAN
jmmurray@bgmdlaw.com

Andrew J. Upchurch
OFFICE OF CORPORATION COUNSEL
andrew.upchurch@indy.gov